UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

'16 MAR 4 PM 10:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 16-10055 |
| v. ) | |
| ) | Filing False Tax Returns |
| DEBORAH OSGOOD, ) | 26 U.S.C. §7206(1) |
| ) | |
| Defendant ) | |

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Defendant DEBORAH OSGOOD was a resident of Wareham, Massachusetts.

2. OSGOOD was the owner of 2 Busy 2 Clean Cleaning Service, Inc. ("2 Busy 2 Clean"), a residential and commercial cleaning service that operated principally in Cape Cod, Massachusetts.

3. 2 Busy 2 Clean was an "S" Corporation for federal tax purposes. As such, it was required to report its gross receipts, expenses, and resulting profit or loss on a Form 1120-S filed with the Internal Revenue Service. That profit or loss then passed through to OSGOOD, who was required to report it on a Schedule E filed with her individual federal tax return, Form 1040, and to pay taxes on it.

4. In or about and between 2009 and 2013, OSGOOD instructed some clients of 2 Busy 2 Clean to make checks payable to her personally, rather than to the business. OSGOOD cashed these checks, but did not deposit the proceeds into the 2 Busy 2 Clean bank account, or otherwise report them to an accountant she retained to prepare her income tax returns.

5. For example, in 2009, OSGOOD cashed approximately 1,433 customer checks made out to her personally, having a total value of $177,771. She failed to disclose these gross receipts to her accountant, who accordingly prepared corporate and personal income tax returns for her that did not reflect the income.

6. Similarly, OSGOOD cashed thousands of customer checks in successive tax years that were made out to her personally, rather than to her business. She failed to disclose any of this income to her accountant, and as a result, her corporate and personal income tax returns did not reflect it.

7. As a result of this scheme, OSGOOD filed tax returns for the years 2009 through 2013, each of which she signed under the penalties of perjury, in which she significantly underreported the gross receipts of her business, and thus her own income. For those five tax years, OSGOOD did not report a combined $1,077,807 in gross receipts.

8. Specifically, for tax year 2009, OSGOOD did not report $177,771 in gross receipts; for tax year 2010, OSGOOD did not report $203,902 in gross receipts; for tax year 2011, OSGOOD did not report $219,602 in gross receipts; for tax year 2012, OSGOOD did not report $234,883 in gross receipts; and for tax year 2013, OSGOOD did not report $241,649 in gross receipts.

9. As a result of this scheme, OSGOOD underpaid her federal income taxes for the years 2009 through 2013 by at least $301,785.96.

## COUNT ONE
### (Filing False Tax Returns - 26 U.S.C. §7206(1))

10. The United States Attorney re-alleges and incorporates by reference paragraphs 1-9 of this Information and further charges that:

11. On or about April 15, 2014, in the District of Massachusetts and elsewhere, the defendant,

### DEBORAH OSGOOD,

did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the tax year 2013, which was verified by a written declaration that it was made under the penalties of perjury and which was filed with the Director, Internal Revenue Service, and which Return OSGOOD did not believe to be true and correct as to every material matter in that the Return failed to report $241,649 in gross receipts earned by OSGOOD's residential and commercial cleaning business, resulting in an additional tax due and owing of at least $67,661.72.

All in violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted,

CARMEN ORTIZ
United States Attorney

By: _____
Stephen E. Frank
ASSISTANT U.S. ATTORNEY